GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, New Jersey 08625
Attorney for Defendant,
    Tahesha Way, in her official capacity as New Jersey Secretary
    of State

By:  Dominic L. Giova (208122016)
    Deputy Attorney General
    (609) 376-2955
    Dominic.Giova@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| EUGENE MAZO, and | HON. LEDA D. WETTRE, U.S.M.J. |
| LISA McCORMICK | Civil Action No. 2:20-cv-08174 |
| Plaintiffs, | |
| v. | |
| TAHESHA WAY, in her official capacity as New Jersey Secretary of State, | **ORDER** |
| CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk, | |
| E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | |
| PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk, | |
| ELAINE FLYNN, in her official capacity as Middlesex County Clerk, and | |

STEVE PETER, in his official
capacity as Somerset County
Clerk,

                Defendants.

This matter having come before the Court on application of Gurbir S. Grewal, Attorney General of the State of New Jersey, by Dominic L. Giova, Deputy Attorney General, on behalf of Defendant, Tahesha Way, Secretary of State, and the Court having considered the papers submitted herein, and for good cause shown;

IT IS on this __12th__ day of ____August____, 2020

ORDERED that Defendant's request for an extension of time of 30 days to answer, move, or otherwise respond to the complaint is GRANTED; and

FURTHER ORDERED that Defendant's answer, motion, or response to the complaint is due by September 10, 2020.

                                            _____
                                            Leda Dunn Wettre
                                            United States Magistrate Judge

DATED: August 11, 2020

The undersigned consent to the force and entry of the within Consent Order.

                                          GURBIR S. GREWAL
                                        ATTORNEY GENERAL of NEW JERSEY
                                        Attorney for Defendant,
                                              Tahesha Way, in her official capacity as New Jersey Secretary of State

                                By:   s/Dominic L. Giova
                                        Deputy Attorney General

Dated: August 11, 2020


                                        WALTER M. LUERS, ESQ.
                                        Law Firm of Walter M. Luers, LLC
                                        Attorney for Plaintiffs
                                              Eugene Mazo
                                              Lisa McCormick


                                        /s/ Walter M. Luers
                                        Walter M. Luers, Esq.

Dated: August 11, 2020