Law Offices of
# Walter M. Luers, LLC

The Corbit Building
67 Beaver Avenue, Suite 18
Annandale, New Jersey 08801
Telephone:  908.894.5656
Facsimile:  908.894.5729
www.luerslaw.com

August 20, 2020

Walter M. Luers, Esq.*

*Also admitted in New York

Writer's Direct Email:  wluers@luerslaw.com

**VIA CM/ECF**

Mr. William T. Walsh
Clerk of the Court
United States District Court for the
District of New Jersey
Martin Luther King, Jr.
U.S. Courthouse and Federal Building
50 Walnut Street
Newark, New Jersey 07101

      **Re:** *Mazo, et al. v. Way, et al.*
           **Docket No. 2:20-cv-08174-SDW-LDW**

Dear Mr. Walsh:

      We, along with co-counsel Ryan Morrison (admission *pro hac vice* pending) represent the Plaintiffs in the above-referenced action.  Pursuant to L. Civ. R. 7.1(d)(5), we request that the original motion return day of the motions to dismiss of Defendants Joanne Rajoppi and Elain Flynn, which were filed on August 7, 2020 and August 13, 2020 (respectively) and are both currently returnable on September 8, 2020, be adjourned to September 21, 2020.  These motions have not been previously extended or adjourned, and the time for Plaintiffs to oppose Defendants' motion, which is August 25, 2020, has not passed.  The new date for Plaintiffs to serve and file their opposition papers would be September 8, 2020, and the new date for Defendants to serve and file their papers would be September 14, 2020.

      Thank you for your consideration of our request.

      Respectfully submitted,

      /s/ Walter M. Luers

      Walter M. Luers

cc:    Counsel of Record