**COUNTY OF HUDSON, NEW JERSEY**
OFFICE OF THE COUNTY COUNSEL
DEPARTMENT OF LAW
ADMINISTRATION BUILDING ANNEX
567 PAVONIA AVENUE
JERSEY CITY, NJ 07306
(201) 795-6250
Fax: (201) 795-6428

THOMAS A. DeGISE
*County Executive*

DONATO J. BATTISTA
*County Counsel*

LOUIS C. ROSEN
*Deputy County Counsel*

DANIEL J. DeSALVO
*Deputy County Counsel*

MICHAEL L. DERMODY
*1st Assistant County Counsel*

Susan A. McCurrie
*2nd Assistant County Counsel*

Neil J. Carroll, Jr.
John J. Collins
Alberico De Pierro
David B. Drumeler
Robin Moses
Georgina Giordano Pallitto
Nidara Rourk
Daniel W. Sexton
John A. Smith, III
Aurelio Vincitore
Laura J. Wadleigh

August 31, 2020

Hon. Leda D. Wettre, U.S.M.J
MLK Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      RE: **Mazo, et. al. v. Way, et. als.**
           **Civil Action No. 20-08174**

Dear Judge Wettre:

    Please be advised that this office represents Defendant, Junior Maldonado, Hudson County Clerk, in the above referenced matter. While no formal default has been entered against the Defendant the time in which to file has passed. I have obtained the consent of all parties, and am now seeking an extension of the time in which to file an Answer and Motion to Dismiss for a period of thirty (30) days.

    I thank you for your courtesies in this matter.

Respectfully submitted,

Donato J. Battista
Hudson County Counsel

**s/Daniel J. DeSalvo**
Daniel J. DeSalvo
Deputy County Counsel

**SO ORDERED.**
*s/ Leda Dunn Wettre, U.S.M.J.*
**Dated:** 9/1/2020

DJD:dmp